No. 97–6799. SMITH v. SERVAPORTION. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 97–6800. PEGGS v. NEW YORK. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. Certiorari denied.

No. 97–6801. SILVER v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 97–6802. SMITH v. SERVAPORTION. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 97–6815. WARREN v. LUCAS COUNTY DEPARTMENT OF HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 97–6816. WATSON v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 97–6821. WHITFIELD v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS; WHITFIELD v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS; and WHITFIELD v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 97–6859. BEY v. MORTON, SUPERINTENDENT, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–6861. SMITH v. DIROSA, JUDGE, ORLEANS PARISH CIVIL DISTRICT COURT, DIVISION D. C. A. 5th Cir. Certiorari denied.

No. 97–6866. BURTON v. SILCOX ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6867. COREY v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–6882. BOWEN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–6975. GRETZLER v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION. C. A. 9th Cir. Certiorari denied.